**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.   10-51084-jwv7 |
| **OTTING, ROLLAND L.** ) | |
| **OTTING, ADRIANA B.** ) | |
| ) | |
| **Debtor(s).** ) | |

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court Registry states and alleges as follows:

1. That Rolland and Adriana Otting (Debtors) filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on October 27, 2010.

2. That Bruce E. Strauss (Trustee) was appointed to administer the assets of the Debtors' bankruptcy estate and continues in that capacity.

3. That the Trustee collected funds totaling $4,759.58 for distribution to the Debtors' unsecured creditors.

4. That on October 05, 2011 this Court entered an order approving a final distribution of these funds to six creditors who timely filed claims.

5. That included in the distribution was an unsecured claim filed by Optima Recovery Services in the total amount of $460.00.

6. That the Trustee distributed a check in the amount of $8.95 on this claim on October 05, 2011.

7. That the check was returned to the Trustee with a letter indicating that the claim had been paid in full by insurance.

8. That redistrubuting these funds to the remaining five claims will result in two checks for $0.04, a check for $0.23, a check for $0.30 and a check for $8.34.

9. That the Trustee wishes to pay the funds into the Court Registry given the prohibitive amount of postage relative to the amount distributed and the unlikelihood that a check for $0.04 would be cashed.

10.     That pursuant to Local Rule 3011-1 the Trustee is directed to make the distribution regardless of the minimal amounts invovled, however the Office of the United States Trustee has indicated that they have no objection to the funds being paid into the Court Registry in this situation.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $8.95 into the Court Registry and for such other and further relief as the Court deems just.

**Merrick, Baker & Strauss, P.C.**

/s/ Harrison E. Strauss
Harrison E. Strauss
1044 Main St., Suite 400
Kansas City, MO 64105
(816) 221-8855 – (816) 221-7886 (facsimile)
ATTORNEY FOR TRUSTEE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

/s/ Harrison E. Strauss
Harrison E. Strauss